ORIGINAL

WINER MEHEULA & DEVENS, LLP

ANDREW S. WINER    (4039)
VLADIMIR DEVENS    (4504)
Ocean View Center, Suite PH-1
707 Richards Street
Honolulu, Hawaii  96813
Tel. No. (808)-528-5003
Facsimile No. (808) 254-6872
E-mail: Devens@pacificlaw.com

Attorneys for Plaintiff
ROBERT STEINER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at 3 o'clock and 25 min. P. M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT STEINER,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 04-00706 HG BMK<br>(Federal Tort Claims Act)<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE: Plaintiff's Notice of Taking Deposition Upon Oral Examination; Sgt. Matthew McGee) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED by the undersigned that a copy of

PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON ORAL

EXAMINATION, was duly served upon the following individual, by mailing said



copies, postage prepaid, first class, in a United States post office to his last known

address, as set forth below, on the date indicated below:

Edric Ching, Esq.
PJKK Federal Building
300 Ala Moana Blvd., Rm. 6100
Honolulu, Hawaii 96813

Attorney for Defendant
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, January 25, 2006.

_____
VLADIMIR DEVENS

Attorney for Plaintiff