# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00706KSC |
| CASE NAME: | Robert Steiner, et al. vs. United States of America |
| ATTYS FOR PLA: | Vladimir Devens<br>Ryan Shinsato |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/28/2006 | TIME: | 9:05-9:10am |

COURT ACTION:  EP: Status Conference Re: Trial Date and Other Deadlines.  New trial date given.  No further continuances on the 2/27/07 trial date.  Second Amended Rule 16 Scheduling Conference Order to be issued.  Counsel agree to re-open the following closed dates: dispositive motions deadline, plaintiff expert disclosure, and defendant expert disclosure.

1. Non-jury trial on February 27, 2007 at 9:00 a.m. before KSC
2. Final Pretrial Conference on January 16, 2007 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 9, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by November 29, 2006
7. File Dispositive Motions by September 27, 2006
8a. File Motions in Limine by February 6, 2007
8b. File opposition memo to a Motion in Limine by February 13, 2007
11a. Plaintiff's Expert Witness Disclosures by August 28, 2006
11b. Defendant's Expert Witness Disclosures by September 27, 2006
12. Discovery deadline December 29, 2006
13. Settlement Conference set for 10/27/2006 at 11:00am before BMK
14. Settlement Conference statements by 10/20/2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by February 6, 2007

24. Exchange Exhibit and Demonstrative aids by January 30, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 6, 2007
26. File objections to the Exhibits by February 13, 2007
28a. File Deposition Excerpt Designations by February 6, 2007
28b. File Deposition Counter Designations and Objections by February 13, 2007
29. File Trial Brief by February 13, 2007
30. File Findings of Fact & Conclusions of Law by February 13, 2007

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV04-00706KSC;
Robert Steiner, et al. Vs. United States of America;
Rule 16 Scheduling Conference Minutes
3/28/2006