# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 04-00706KSC

CASE NAME:    Robert Steiner, et al. v. USA

ATTYS FOR PLA:    Vladimir Devens, Paul K.W. Au

ATTYS FOR DEFT:    Harry Yee

INTERPRETER:

---

JUDGE:    Barry M. Kurren        REPORTER:    Chambers

DATE:    5/23/2006        TIME:    10 - 10:35

---

COURT ACTION:  EP: Settlement Conference held.  Case settled.
Court to prepare an Order of Dismissal With Prejudice.
All dates vacated.

Submitted by Richlyn Young, Courtroom Manager