IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT STEINER, | ) | CIVIL NO. 04-00706 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, May 23, 2006.





Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 04-00706 KSC; ROBERT STEINER vs. UNITED STATES OF AMERICA; ORDER OF DISMISSAL