AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT STEINER | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00706 KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNITED STATES OF AMERICA | May 24, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees, pursuant to the "Order of Dismissal", filed on May 24, 2006.

cc: all counsel

| May 24, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |